September 5, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

GREG GIBSON AND CHRISTINE GIBSON, Appellants

NO. 14-12-00644-CV                    V.

JOSE FERNANDO CUELLAR, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Jose Fernando Cuellar, signed April 11, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Greg Gibson and Christine Gibson, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.